JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE CORPORATION,<br><br>　　Plaintiff,<br><br>v.<br><br>RICHARD A. COLLINS et al.,<br><br>　　Defendants. | Case No. 2:22-cv-07385-SB-JC<br><br>ORDER DISMISSING CASE |

　　Based upon the Parties' Stipulation for Dismissal of Entire Action Without Prejudice (Dkt. No. 14), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this case without prejudice (and on the terms set forth in the stipulation) and vacates all dates and deadlines.  The Clerk is directed to close the case.

IT IS SO ORDERED.

Date: January 24, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge